Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PHILLIPS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LOANDEPOT.COM, LLC, a Delaware company,<br><br>*Defendant.* | Case No. 8:23-cv-00383-DOC<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE: HON. DAVID O. CARTER |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jennifer Phillips and Defendant loanDepot.com, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

    RESPECTFULLY SUBMITTED AND DATED this 23rd day of October, 2023.

1

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

By: /s/ *Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 350-5612

*Attorneys for Defendant loanDepot.com, LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.


By:  /s/ *Rachel E. Kaufman*
Rachel E. Kaufman

2

STIPULATION
Case No. 8:23-cv-00383-DOC